IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE RIOS RICE,

    Plaintiff,

v.   No. 1:23-cv-01132-KWR-SCY

JOHN AND/OR JANES DOES 1-5,
PROGRESSIVE DIRECT INSURANCE COMPANY
and ENTITIES, CORPORATIONS, AND PARTNERSHIPS 1-5,

    Defendants.

### ORDER GRANTING JOINT MOTION TO MODIFY PRETRIAL MOTIONS DEADLINE

THE COURT having reviewed the Joint Motion to Modify Pretrial Motions Deadline (Doc. 42), and finding that good cause exists to grant the Motion, it is hereby ORDERED that the Court's Amended Order (Doc. 39) is modified as follows:

a.  Pretrial motions due on or before February 18, 2025.

IT IS SO ORDERED.

_____
**THE HONORABLE STEVEN C. YARBROUGH**
**UNITED STATES MAGISTRATE JUDGE**

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Pablo A. Seifert*
Courtenay L. Keller
Taryn M. Kaselonis
Pablo A. Seifert
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
*Attorneys for Progressive*

**AND**

**RIOS LAW FIRM, P.C.**

*/s/ Linda J. Rios (via email 1/03/2025)*
Linda J. Rios
Michael G. Solon
P.O. Box 3398
Albuquerque, NM  87190-3398
(505) 232-2298
linda.rios@lrioslaw.com
michael.solon@lrioslaw.com
*Attorneys for Plaintiff*